# In the United States Court of Federal Claims

No: 25-1854 C
(Filed: October 7, 2026)

* * * * * * * * * * * * * * * * * * *

**JANE DOE,**

Plaintiff,

v.

**THE UNITED STATES**

Defendant.

* * * * * * * * * * * * * * * * * * *

## ORDER

On October 7, 2026, the Court held oral argument on the government's motion to dismiss. *See* ECF No. 8. For the reasons articulated during oral argument, the Court concludes that Plaintiff's claims against the United States Department of Justice, Pamela Bondi, Brian Boynton, and Stephen Terrell must be dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"). Furthermore, that Plaintiff's claim against the United States must be dismissed for failure to state a claim upon which relief can be granted pursuant to RCFC 12(b)(6). Accordingly, the government's motion to dismiss is **GRANTED**, and Plaintiff's complaint is **DISMISSED.** The Clerk shall enter **JUDGMENT** accordingly.

**IT IS SO ORDERED**.

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge